Submitted September 5, reversed October 22, 2014

In the Matter of K. D.,
Alleged to be a Mentally Ill Person.
## STATE OF OREGON,
*Respondent,*

*v.*

## K. D.,
*Appellant.*

Coos County Circuit Court
6309; A156376

337 P3d 986

Garrett A. Richardson and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Sarah M. Villanueva, Assistant Attorney General, filed the brief for respondent.

Before Sercombe, Presiding Judge, and Hadlock, Judge, and Tookey, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her for a period not to exceed 180 days. ORS 426.130. She asserts that "there is not clear and convincing evidence in the record that she was mentally ill as defined under ORS 426.005(1)(e)(C)" and that the trial court erred in concluding that she "was mentally ill as defined under" that provision. The state concedes that the record does not contain legally sufficient evidence to support the court's judgment committing appellant, pursuant to ORS 426.005(1)(e)(C), "as a person with chronic mental illness" and that, accordingly, the trial court's judgment should be reversed. We agree, and accept the state's concession.

Reversed.